UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN HERNANDEZ, individually, on a representative basis, and on behalf of others similarly situated,

Plaintiff,

v.

CRYOGENIC TRANSPORTATION, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,

Defendants.

Case No. 5:16-cv-01898-SVW-KK

**ORDER ON STIPULATION RESTORING CASE TO THE ACTIVE CALENDAR AND REMANDING ACTION TO SAN BERNARDINO SUPERIOR COURT**

In connection with the above-captioned action ("Action"), the parties Plaintiff John Hernandez ("Plaintiff"), and Defendant Cryogenic Transportation, LLC ("Defendant"), by and through their undersigned attorneys, submitted a stipulation as follows:

- Pursuant to the Court's October 17, 2016, Order (Dkt No. 20), the matter was placed on the Court's "inactive" calendar to allow the Parties to participate in private mediation. The Order also confirmed the Parties' agreement to table the dispute regarding Plaintiff's anticipated Motion for Remand until at or after mediation.

/ / /

/ / /

- On February 6, 2017, the Parties participated in a private mediation before mediator Mark Rudy.
- As of April 17, 2017, the Parties fully executed a Stipulation of Settlement, which, for settlement purposes only, includes a stipulation to remand the Action back to the San Bernardino Superior Court.
- As the mediation proceedings are now closed, the Parties agree and stipulate to restore the Action to the Court's active calendar.
- The Parties further agree and stipulate to Remand this Action to the San Bernardino Superior Court for approval of the settlement.

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED:**

- This Action is restored to the Court's active calendar.
- forthwith in accordance with the Parties' stipulation and agreement.
- Pursuant to the Parties' Stipulation of Stipulation and Stipulation on

The Action is Ordered remanded to the San Bernardino Superior Court

Remand, nothing herein prejudices Defendant's right to remove the action back to federal court should the settlement not be approved.

**IT IS SO ORDERED.**

Date: April 20, 2017

The Honorable Stephen V. Wilson
United States District Court Judge